BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General, Tax
Litigation Branch

STEPHEN HO
CARMEN M. BANERJEE
Trial Attorneys
Tax Litigation Branch
Civil Division, Department of Justice
Washington, DC 20044
Telephone: (202) 616-8994
stephen.s.ho@usdoj.gov
Carmen.m.banerjee@usdoj.gov
Counsel for the Internal Revenue Service

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD BOGOLUB,<br><br>Plaintiff,<br><br>v.<br><br>INTERNAL REVENUE SERVICE,<br><br>Defendant. | Case No. 26-cv-08925-TSH<br><br>**STIPULATED REQUEST TO EXTEND TIME FOR CASE MANAGEMENT DATES AND DEFENDANT'S RESPONSE TO PLAINTIFF'S COMPLAINT; ~~[PROPOSED]~~ ORDER** |

Pursuant to Civil Local Rules 6-2 and 7-12, the parties submit the following stipulated request to extend by the time of Defendant's response to the complaint by about 75 days; and the time for the Case Management dates by about 62 days. This action is one in which Plaintiff seeks access to agency records by invoking the Freedom of Information Act and the Privacy Act. In support of this request, the parties state as follows:

1. Plaintiff filed the Complaint on August 26 2026; and on this day the Court issued its Order Setting Initial Case Management Conference and ADR Deadlines. Dkt. Nos. 1, 3.

2. Under the Court's Order, the Joint Case Management Statement is due by December 3, 2026 and the Initial Case Management Conference is set for December 10, 2026. Dkt. No. 3.

3. Defendant was served the summons and complaint on September 8, 2026, making its answer due November 8, 2026, if the complaint is based on the Privacy Act claim for relief. If the complaint is based on the Freedom of Information Act claim, the response to the complaint is due thirty days after service of it, which is October 8, 2026**,** consistent with the FOIA statute, section 552 of Title 5.

4. Defendant Internal Revenue Service needs time to identify and gather records relevant to the facts on this records request case. Defendant's counsel needs time to receive and review the requested Internal Revenue Service records to be able to prepare a cogent response to the complaint and to prepare for the Case Management Statement and the Initial Case Management Conference with the Court.

5. The parties met and conferred and have agreed to extend the time for the Internal Revenue Service to respond to the complaint by no later than **December 23, 2026**, which is 45 days from November 8, 2026. And the parties intend to use the time between December 23, 2026 and Monday, February 1, 2027 to make their best efforts to narrow issues in dispute.

6. Accordingly, the parties agree, with the Court's approval, to extend the additional deadlines in this case as follows:

| **Case Management Event** | **Deadline** |
|---|---|
| File Certification of Conflicts and Interested Entities or Persons. | Upon first appearance (supplement as necessary) |
| Deadline to file ADR Certification. | 1/14/2027 |
| Deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan. | 1/14/2027 |
| Deadline to make initial disclosures. | 2/04/2027 |

| | |
|---|---|
| Deadline for filing Joint Case Management Statement. | 2/04/2027 |
| Initial Case Management Conference location: **Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA** | 2/11/2027 at 10:00 AM |

7. There have been no previous modifications of time in this case, whether by stipulation or Court order.

IT IS SO STIPULATED.

Dated: October 7, 2026

Respectfully submitted,

/s/ Stephen Ho
STEPHEN HO
CARMEN M. BANERJEE
Trial Attorneys
Tax Litigation Branch
Civil Division, U.S. Department of Justice

Dated: October 7, 2026

/s/ Richard Bogolub
Richard Bogolub
Pro se Plaintiff

**The filer of this document hereby attests pursuant to Civil Local Rule 5-1(i)(3) that all signatories have concurred in the filing of this document.*

## ~~[PROPOSED]~~ ORDER

Subject to approval of the Court, IT IS HEREBY STIPULATED, by the parties to this action that:

1. The Internal Revenue Service shall file its response to the complaint by no later than December 23, 2026.
2. The parties' remaining deadlines in this case are:

| **Case Management Event** | **Deadline** |
|---|---|
| File Certification of Conflicts and Interested Entities or Persons. | Upon first appearance (supplement as necessary) |
| Deadline to file ADR Certification. | 1/14/2027 |
| Deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan. | 1/14/2027 |
| Deadline to make initial disclosures. | 2/04/2027 |
| Deadline for filing Joint Case Management Statement. | 2/04/2027 |
| Initial Case Management Conference location: **Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA** | 2/11/2027 at 10:00 AM |

Pursuant to stipulation, IT IS SO ORDERED.

Date: October 8, 2026

HON. THOMAS S. HIXSON
United States Magistrate Judge